# Order

**Michigan Supreme Court
Lansing, Michigan**

April 1, 2015

Robert P. Young, Jr.,
Chief Justice

149780 & (12)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

DENNIS GORDENEER,
              Plaintiff-Appellee,

v

SC: 149780
COA: 319479
Ingham CC: 11-000178-NH

MINDY LANE, D.O., and MID-MICHIGAN
PHYSICIANS, P.C.,
              Defendants-Appellants.
_____/

       On order of the Chief Justice, the stipulation to dismiss the application for leave to appeal is GRANTED. The dismissal is with prejudice and without costs to any party.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015

